

FILED

MAY 3 0 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        No. 6:22-PO-00553 HBK
                               )
      vs.                      )        ORDER OF RELEASE
                               )
                               )
ANDRES GONZALEZ,               )
                               )
            Defendant.         )
_____)


    The above-named defendant having been sentenced to Time

Served on May 30, 2024,

    IT IS HEREBY ORDERED that the defendant shall be released

forthwith. A certified Judgment and Commitment order to follow.


DATED: May 30, 2024


                              ERICA P. GROSJEAN
                              U.S. MAGISTRATE JUDGE


(USM, Fresno, served with copy of instant order)